```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  ALEX G. TSE (CABN 152348)
    Chief, Civil Division
 3  ABRAHAM A. SIMMONS (CABN 146400)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7264
 6      FAX: (415) 436-7234
        Abraham.Simmons@usdoj.gov
 7
    Attorneys for Federal Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD STARSKI, | ) | CASE NO. C 14-0650 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER SETTING ASIDE DEFAULT JUDGMENT AND PERMITTING DEFENDANT TO FILE ADMINISTRATIVE RECORD UNDER SEAL** |
| BOARD FOR CORRECTION OF NAVAL RECORDS, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby agree and stipulate that the clerks default entered in this matter on May 21, 2014 shall be set aside. The parties further agree and stipulate that the administrative record being reviewed in this matter shall be filed under seal.

                MELINDA HAAG
                United States Attorney

 /s/  Edward Starski                 /s/ Abraham Simmons
Edward Starski                              ABRAHAM A. SIMMONS
                                                Assistant United States Attorney

## [PROPOSED] ORDER

It is so **ORDERED**. The May 21, 2014 default is set aside. Defendant shall file the administrative record under seal. Defendant shall file on the public record, redacted if

1

1 | necessary, a copy of the final agency decision and any interim decisions being reviewed.

Dated: 6/13/14

_____
United States District Judge