IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDWARD STARSKI,

        Plaintiff,

  v.

BOARD FOR CORRECTION OF NAVAL RECORDS,

        Defendant.
_____/

No. C 14-00650 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on August 21, 2014.  Counsel for defendant attended the conference but Edward Starski, who is appearing pro se in this matter, did not.  After considering the Case Management Statement submitted by defendant and consulting with the attorney of record for that party and good cause appearing, IT IS HEREBY ORDERED THAT:

    1. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **November 20, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall each submit a case management statement on or before November 13, 2014, as required by Civil Local Rule No. 16-9.  In the alternative, the parties may elect to file a joint statement.  Each statement should address the topics set forth in the Standing

CASE MANAGEMENT SCHEDULING ORDER

Order for All Judges of the Northern District of California, a copy of which is attached to this Order.

2. REFERRAL TO PRO SE HELP DESK.

Plaintiff is encouraged to schedule an appointment with the court's pro se help desk either by calling 415-782-8982 or by signing up in the appointment book located on the table outside the door of the Legal Help Center at the United States Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, in San Francisco, California.

IT IS SO ORDERED.

DATED:   August 21, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2