United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD STARSKI,

    Plaintiff,

    v.

BOARD FOR CORRECTION OF NAVAL RECORDS,

    Defendant.

Case No. 14-cv-00650-RS

**ORDER TO SHOW CAUSE**

In this action brought by plaintiff Edward Starski arising from the allegedly improper denial of his request to change the nature of his discharge from the Armed Services, defendant Board for Correction of Naval Records filed a motion to dismiss or alternatively for summary judgment on December 12, 2014. No opposition was timely filed. As such, the hearing on this matter set for February 12, 2015, is hereby vacated.

Furthermore, plaintiff is ordered to show cause as to why defendant's motion should not be granted by Friday, February 13, 2015. Should plaintiff fail to respond to defendant's motion by such date, this matter will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: January 30, 2015

_____
RICHARD SEEBORG
United States District Judge