United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD STARSKI,

    Plaintiff,

v.

BOARD FOR CORRECTION OF NAVAL RECORDS,

    Defendant.

Case No. 14-cv-00650-RS

**ORDER RESETTING MOTION TO DISMISS**

Plaintiff Edward Starski having responded to defendant Board for Correction of Naval Records' motion to dismiss on February 25, 2015, the matter is hereby reset for hearing on May 28, 2015, subject to the Court's discretion to remove it from calendar as necessary. Any reply from defendant must be filed by May 8, 2015.

**IT IS SO ORDERED**.

Dated: April 13, 2015

_____
RICHARD SEEBORG
United States District Judge