UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDWARD STARSKI,

    Plaintiff,

  v.

BOARD FOR CORRECTION OF NAVAL RECORDS,

    Defendant.

CASE NO. 14-0650

**ORDER [AS MODIFIED BY THE COURT]**

The parties' Stipulated Request to Continue the Hearing on the Motion to Dismiss is granted. The hearing will be held on September 24, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 23, 2015

_____
Richard Seeborg
United States District Judge