UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD STARSKI,

    Plaintiff,

    v.

BOARD FOR CORRECTION OF NAVAL RECORDS,

    Defendant.

Case No. 14-cv-00650-RS

**ORDER**

On December 12, 2014, the Board filed a motion to dismiss or, in the alternative, motion for summary judgment to be heard in February. Starski responded, but the Board has not yet filed a reply. On April 23, 2015, the parties filed a stipulation to continue the hearing until September 24, 2015, because the Board decided to review Starski's request to reconsider the narrative reason for his discharge after discovering a procedural deficiency. The Board acknowledged that the review may render this case and the pending motions moot. Since April 2015, the Board has not provided the court with any updates. Accordingly, the Board is now ordered to file information with this court by September 24, 2015, updating the court about the status of the Board's review of Starski's request for reconsideration. The hearing will be continued until October 8, 2015.

**IT IS SO ORDERED**.

Dated: September 8, 2015

_____

RICHARD SEEBORG
United States District Judge